1  Cyrus Safa
Attorney at Law: 13241
2  Law Offices of Lawrence D. Rohlfing
3  12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
4  Tel.: (562) 868-5886
Fax: (562) 868-5491
5  E-mail cyrus.safa@rohlfinglaw.com
6
Gerald M. Welt
7  Attorney at Law:  1575
8  732 S. Sixth Street, Suite 200-D
Las Vegas, NV 89101
9  Tel.: (702) 382-2030
Fax:  (702) 684-5157
10  E-mail:  gmwesq@weltlaw.com; kwp@weltlaw.com
11
Attorneys for Plaintiff
12  ROBERT J. MILLER

13

14

15           **UNITED STATES DISTRICT COURT**

16           **SOUTHERN DISTRICT OF CALIFORNIA**

17

18  ROBERT J. MILLER                ) Case No.: 2:17-cv-02613-JAD-PAL
                                    )
19          Plaintiff,             ) AMENDED STIPULATION TO
    v.                              ) EXTEND TIME TO FILE MOTION
20                                  ) FOR REVERSAL AND/OR REMAND
    NANCY A. BERRYHILL,  Acting     )
21  Commissioner of Social Security. ) (FIRST REQUEST)
                                    )
22          Defendant.             )
                                    )
23  _____ )

24

25       Plaintiff Robert J. Miller and Defendant Nancy A. Berryhill, Acting

26  Commissioner of Social Security, through their undersigned attorneys, stipulate,

-1-

subject to this court's approval, to extend the time from February 1, 2018 to April 20, 2018 for Plaintiff to file a Motion for Reversal and/or Remand, with all other dates in the Court's Order Concerning Review of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: February 1, 2018      Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Steven G. Rosales
Attorney for plaintiff Mr. Robert J. Miller

DATE: February 1, 2018      DAYLE ELIESON
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

/s/ *Chantal R. Jenkins*

BY: _____
Chantal R. Jenkins
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

DATED: April 19, 2018

IT IS SO ORDERED: _____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:17-CV-02613-JAD-PAL**

I hereby certify that I electronically filed the foregoing with the Clerk of the

Court for this court by using the CM/ECF system on April 11, 2018.

I certify that all participants in the case are registered CM/ECF users and

that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*

_____

Cyrus Safa
Attorneys for Plaintiff