# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Robert J. Miller,<br><br>    Plaintiff<br>v.<br><br>Nancy A. Berryhill, Acting Commissioner of Social Security,<br><br>    Defendant | Case No. 2:17-cv-02613-JAD-BNW<br><br>**Order Adopting Report and Recommendation, Denying Motion for Reversal and/or Remand, and Granting Motion to Affirm**<br><br>[ECF Nos. 18, 19, 22] |

    Plaintiff Robert J. Miller brings this action for review of the Commissioner of Social Security's denial of his application for Social Security disability-insurance benefits. The magistrate judge has reviewed his case and recommends that I deny Miller's motion for reversal and/or remand[1] and grant the Commissioner's countermotion to affirm.[2] The deadline to challenge that recommendation[3] passed without objection or any request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4] IT IS THEREFORE ORDERED that:

- The magistrate judge's report and recommendation **[ECF No. 22] is ADOPTED** in full;
- Plaintiff's Motion for Reversal and/or Remand **[ECF No. 18] is DENIED**;
- The Commissioner's Cross-motion to Affirm **[ECF No. 19] is GRANTED**; and

---

[1] ECF No. 18.

[2] ECF No. 19.

[3] ECF No. 22.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

- The Clerk of Court is DIRECTED to ENTER JUDGMENT for the Defendant and CLOSE THIS CASE.

Dated: November 16, 2019

_____
U.S. District Judge Jennifer A. Dorsey